ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "Citibank"))*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SERGIO BUENROSTRO, an individual; CITIGROUP, INC. (dba "Citibank"), an entity,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY CLAIMS. | Case No.: 2:18-cv-01926-GMN-VCF<br><br>**CITIBANK, N.A.'S CROSSCLAIM AND THIRD-PARTY COMPLAINT** |

Defendant Citibank, N.A. (**Citibank**) (incorrectly named as Citigroup, Inc. (dba "Citibank") files this cross-claim against defendant Sergio Buenrostro (**Buenrostro**) and third-party claim against S&S Marketing Consulting, LLC (**S&S**) as follows:

### CROSSCLAIM AND THIRD-PARTY CLAIM

Citi has asserted, and continues to assert, it is not liable to plaintiffs Injuryloans.com, LLC and Adam Stokes (**plaintiffs**) on any of their claims against Citi. In the event Citi is adjudcated to be liable to plaintiffs for any amount, Citi is entitled to recoup the amounts for which it is found liable

1