*The Above Space Reserved for the Clerk of Court*

ANDERSEN & BROYLES, LLP
Karl Andersen, Esq.
Nevada State Bar Number 10306
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Telephone: (702) 220-4529
Facsimile:  (702) 834-4529
Email: karl@andersenbroyles.com
*Attorneys for Plaintiffs Injury Loans.com, LLC and Adam Stokes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>Plaintiffs,<br>v.<br><br>SERGIO BUENROSTRO, an individual; CITIGROUP, INC. (dba "Citibank"), an entity;<br><br>Defendants. | Case No.: 2:18-cv-01926-GMN-VCF<br><br>**STIPULATION TO ENLARGE TIME PRESCRIBED BY THE COURT TO PROVIDE "JOINT STATEMENT OUTLINING THEIR DIFFERENCES"**<br><br>**(First Request)** |

It is hereby stipulated and agreed by, between and among the parties, Plaintiffs InjuryLoans.com, LLC and Adam Stokes ("Plaintiffs) and Defendant Citigroup, Inc. ("Citigroup") to enlarge the time prescribed by the Court for them to provide a "joint statement outlining their differences" to the Court from December 9, 2019 (Document No. 48) to December 16, 2019.

/ / /

The parties represent they have met and conferred by telephone multiple times, that Citigroup has supplemented its discovery responses and that the parties continue to negotiate a resolution to their differences.

This is the first request for an enlargement of time regarding this issue and the parties affirm this enlargement is requested after exercising appropriate diligence and in good faith, without any dilatory purpose.

DATED: December 9, 2019

ANDERSEN & BROYLES, LLP

/s/ Karl Andersen, Esq.
Karl Andersen, Esq.
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Telephone: (702) 220-4529
*Attorneys for Plaintiffs InjuryLoans.com,*
*LLC and Adam Stokes*

DATED: December 9, 2019

AKERMAN, LLP.

/s/ Donna Wittig, Esq.
Donna Wittig, Esq.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorney for Defendant, Citibank*

[ORDER on following page]

/ / /

/ / /

/ / /

/ / /

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

INJURYLOANS.COM, LLC, a Nevada entity;
ADAM STOKES, an individual,

Plaintiffs,

v.

SERGIO BUENROSTRO, an individual;
CITIGROUP, INC. (dba "Citibank"), an entity;

Defendants.

Case No.: 2:18-cv-01926-GMN-VCF

**ORDER TO ENLARGE TIME PRESCRIBED BY THE COURT TO PROVIDE "JOINT STATEMENT OUTLINING THEIR DIFFERENCES"**

Based on the stipulation of counsel, and good cause appearing, the Court finds that the stipulation between Plaintiffs InjuryLoans.com, LLC and Adam Stokes ("Plaintiffs) and Defendant Citigroup, Inc. ("Citigroup") is entered into for the following reasons:

1. The Court has asked for the parties to submit a "joint statement outlining their differences" regarding the taking of the deposition of Citigroup's person most knowledgeable by December 9, 2019.

2. The parties have met and conferred by telephone multiple times.

3. Citigroup has supplemented its discovery responses.

4. The parties continue to negotiate a resolution to their differences.

## ORDER

**IT IS HEREBY ORDERED** that the deadline for the parties to submit their "joint statement outlining their differences" (Document No. 48) is enlarged from December 9, 2019 to December 16, 2019.

**IT IS SO ORDERED.**

Dated; December 10, 2019.

_____
UNITED STATES MAGISTRATE JUDGE