ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "Citibank"))*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO BUENROSTRO, an individual; CITIGROUP, INC. (dba "Citibank"), an entity,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY CLAIMS. | Case No.: 2:18-cv-01926-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT [ECF NOS. 65, 66]**<br><br>**[FIRST REQUEST]** |

Defendant/Third-Party Plaintiff Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "**Citibank**")), Plaintiffs/Counterdefendants Injuryloans.com, LLC and Adam Stokes (**Plaintiffs**), Defendant/Counterclaimant/Cross-Defendant Sergio Buenrostro (**Buenrostro**) and Third-Party Defendant S&S Marketing Consulting, Inc. (**S&S**) stipulate as follows:

1. Plaintiffs filed their motion for leave to amend the complaint and modify the scheduling order on February 14, 2020 [ECF Nos. 65, 66].

2. The deadline to respond to Plaintiffs' motions is currently set for Friday, February 28, 2020.

…

52202330;1

3. The parties stipulate to extend the deadline an additional seven (7) days, up to and including **Friday, March 6, 2020**, to respond to Plaintiffs' motions for leave to amend the complaint and modify the scheduling order. Plaintiffs' shall have until **Wednesday, March 18, 2020** to reply to their motions.

4. This is the parties' first request for an extension of this deadline and is not intended to cause undue delay or prejudice to any party.

DATED February 28th, 2020.

| **AKERMAN LLP** | **ANDERSEN & BROYLES, LLP** |
|---|---|
| */s/ Donna M. Wittig* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "Citibank"))* | */s/ Karl J. Andersen* <br> KARL J. ANDERSEN, ESQ. <br> Nevada Bar No. 10306 <br> ANDERSEN & BROYLES, LLP <br> 5550 Painted Mirage Road, Suite 320 <br> Las Vegas, Nevada 89149 <br><br> KATHLEEN H. GALLAGHER, ESQ. <br> Nevada Bar No. 15043 <br> GALLAGHER LAW, PC <br> 1850 East Sahara Avenue, Suite 107 <br> Las Vegas, Nevada 89104 <br><br> *Attorneys for Injuryloans.com, LLC and Adam Stokes* |
| **HOGAN HULET PLLC** <br><br> */s/ Kenneth E. Hogan* <br> KENNETH E. HOGAN, ESQ. <br> Nevada Bar No. 10083 <br> JEFFREY L. HULET, ESQ. <br> Nevada Bar No. 10621 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Sergio Buenrostro and S&S Marketing Consulting, LLC* | |

**IT IS SO ORDERED.**

Dated this __28__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

52202330;1