ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No.11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "Citibank")*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO BUENROSTRO, an individual; CITIGROUP, INC. (dba "Citibank"), an entity.<br><br>Defendants.<br><br>AND RELATED CLAIMS | Case No.: 2:18-cv-01926-GMN-VCF<br><br>**STIPULATION AND ORDER TO REOPEN EXPERT DISCLOSURE DEADLINE**<br><br>**[FIRST REQUEST]** |

Defendant/Third-Party Plaintiff Citibank, N.A. (**Citi**), Plaintiff/Counter-Defendants Injuryloans.com, LLC and Adam Stokes (**Plaintiffs**), Defendant/Counter-Claimant/Third Party Defendant Sergio Buenrostro (**Buenrostro**) and Third-Party Defendant S&S Marketing Consulting, LLC (**S&S**), by and through their respective counsel of record, stipulate the deadline for Ciit to make its initial expert disclosure, shall be reopened to **Friday, April 17, 2020**.

This deadline is currently closed, having not been reopened since the parties' initial discovery period. The current operative expert deadline expired in June 2019 (during the discovery period when Citi was advised plaintiffs were not seeking liability against it and had no reason to retain an

52360858;2

expert witness). Since that time, new parties have been added, claims have potentially changed and discovery has been further developed.

Plaintiffs, Buenrostro and S&S will have until **Friday, May 15, 2020** to disclose any rebuttal expert witness they may have. At this time, Plaintiffs, Buenrostro and S&S do not anticipate retaining a rebuttal expert but, to the extent they do not retain a rebuttal expert, they reserve all substantive objections to the admissibility of Citi's expert disclosure.

DATED March 13th, 2020.

| **AKERMAN LLP**<br><br>*/s/ Donna M. Wittig*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89144<br><br>*Attorneys for defendant/third-party-Plaintiff Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "Citibank"))* | **LAW OFFICE OF KARL ANDERSEN, PC**<br><br>*/s/ Karl J. Andersen*<br>KARL J. ANDERSEN, ESQ.<br>Nevada Bar No. 10306<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br><br>**GALLAGHER LAW, PC**<br>KATHLEEN H. GALLAGHER, ESQ.<br>Nevada Bar No. 15043<br>1850 East Sahara Avenue, Suite 107<br>Las Vegas, Nevada 89104<br><br>*Attorney for Plaintiffs/counterdefendants Injuryloans.com LLC and Adam Stokes* |
|---|---|
| **HOGAN HULET PLLC**<br><br>*/s/ Kenneth E. Hogan*<br>KENNETH E. HOGAN, ESQ.<br>Nevada Bar No. 10083<br>JEFFREY L. HULET, ESQ.<br>Nevada Bar No. 10621<br>1140 N. Town Center Dr., Suite 300<br>Las Vegas, NV 89144<br><br>*Attorneys for defendant/counter-claimant/third-party defendant Sergio Buenrostro and third-party defendant S&S Marketing Consulting LLC* | |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
3-13-2020
DATED:_____

52360858;2