GALLAGHER LAW, Prof. Corp.
Kathleen H. Gallager, Esq.
Nevada State Bar Number 15043
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 744-8086
Email: kathleen@legalmusclelv.com

ANDERSEN & BROYLES, LLP
Karl Andersen, Esq.
Nevada State Bar Number 10306
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Telephone: (702) 220-4529
Facsimile: (702) 834-4529
Email: karl@andersenbroyles.com

*Attorneys for Plaintiffs Injury Loans.com, LLC and Adam Stokes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual, <br><br> Plaintiffs, <br> v. <br><br> SERGIO BUENROSTRO, an individual; CITIGROUP, INC. (dba "Citibank"), an entity; <br><br> Defendants. | Case No.: 2:18-cv-01926-GMN-VCF <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT [ECF NO. 66]** <br><br> **[SECOND REQUEST]** |

Defendant/Third-Party Plaintiff Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "**Citibank**")), Plaintiffs/Counterdefendants Injuryloans.com, LLC and Adam Stokes (**Plaintiffs**),

- 1 -

Defendant/Counterclaimant/Cross-Defendant Sergio Buenrostro (**Buenrostro**) and Third-Party Defendant S&S Marketing Consulting, Inc. (**S&S**) stipulate as follows:

1. Plaintiffs filed their motion for leave to amend the complaint on February 14, 2020 [ECF No. 66].

2. Defendants filed their RESPONSES to Plaintiff's Motion on March 6, 2020. [ECF No. 75, 76, and 77]

3. The current deadline for Plaintiffs' to file their REPLIES is March 18, 2020.

4. The parties stipulate to extend the deadline for two days, up to and including **Friday, March 20, 2020**, for Plaintiffs' to file REPLIES in support of their motions [ECF No. 66].

/ / /

/ / /

/ / /

5. This is the parties' second request for an extension of this deadline and is not intended to cause undue delay or prejudice to any party.

DATED March 18, 2020.

| **AKERMAN LLP** | **ANDERSEN & BROYLES, LLP** |
|---|---|
| /s/ Donna Wittig | /s/ Karl Andersen |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "Citibank"))* | KARL J. ANDERSEN, ESQ.<br>Nevada Bar No. 10306<br>ANDERSEN & BROYLES, LLP<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br><br>KATHLEEN H. GALLAGHER, ESQ.<br>Nevada Bar No. 15043<br>1850 East Sahara Avenue, Suite 107<br>Las Vegas, Nevada 89104<br><br>*Attorneys for Injuryloans.com, LLC and Adam Stokes* |
| **HOGAN HULET PLLC** | |
| /s/ Kenneth Hogan | |
| KENNETH E. HOGAN, ESQ.<br>Nevada Bar No. 10083<br>JEFFREY L. HULET, ESQ.<br>Nevada Bar No. 10621<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Sergio Buenrostro and S&S Marketing Consulting, LLC* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

3-19-2020
**DATED:**_____