ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No.11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "Citibank")*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual, <br><br>Plaintiff, <br><br>v. <br><br>SERGIO BUENROSTRO, an individual; CITIGROUP, INC. (dba "Citibank"), an entity. <br><br>Defendants. <br><br>AND RELATED CLAIMS | Case No.: 2:18-cv-01926-GMN-VCF <br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES** <br><br>**[SECOND REQUEST]** |

Defendant/Third-Party Plaintiff Citibank, N.A. (**Citi**), Plaintiff/Counter-Defendants Injuryloans.com, LLC and Adam Stokes (**Plaintiffs**), Defendant/Counter-Claimant/Third Party Defendant Sergio Buenrostro (**Buenrostro**) and Third-Party Defendant S&S Marketing Consulting, LLC (**S&S**), by and through their respective counsel of record, stipulate to extend the for Citi to make its initial expert disclosure, currently set for April 17, 2020, to **Friday, May 1, 2020**.

Plaintiffs, Buenrostro and S&S will have until **Friday, May 29, 2020** to disclose any rebuttal expert witness they may have. At this time, Plaintiffs, Buenrostro and S&S do not anticipate retaining a rebuttal expert but, to the extent they do not retain a rebuttal expert, they reserve all substantive objections to the admissibility of Citi's expert disclosure.

1

52742414;1

This is the second request for extension of these deadlines.  This request is not made to cause any undue delay or prejudice to any party.

DATED April 15th, 2020.

| **AKERMAN LLP** | **LAW OFFICE OF KARL ANDERSEN, PC** |
|---|---|
| */s/ Donna M. Wittig* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "Citibank"))* | */s/ Karl J. Andersen* <br> KARL J. ANDERSEN, ESQ. <br> Nevada Bar No. 10306 <br> 5550 Painted Mirage Road, Suite 320 <br> Las Vegas, Nevada 89149 <br><br> **GALLAGHER LAW, PC** <br> KATHLEEN H. GALLAGHER, ESQ. <br> Nevada Bar No. 15043 <br> 1850 East Sahara Avenue, Suite 107 <br> Las Vegas, Nevada 89104 <br><br> *Attorney for Injuryloans.com LLC and Adam Stokes* |
| **HOGAN HULET PLLC** <br><br> */s/ Kenneth E. Hogan* <br> KENNETH E. HOGAN, ESQ. <br> Nevada Bar No. 10083 <br> JEFFREY L. HULET, ESQ. <br> Nevada Bar No. 10621 <br> 1140 N. Town Center Dr., Suite 300 <br> Las Vegas, NV 89144 <br><br> *Attorneys for Sergio Buenrostro and S&S Marketing Consulting LLC* | |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-16-2020 _____

2

52742414;1