HOGAN HULET PLLC
KENNETH E. HOGAN
Nevada Bar No. 10083
E-mail: ken@h2legal.com
1140 N Town Center Drive, Suite 300
Las Vegas, Nevada 89113
Tel: (702) 800-5482

*Attorneys for Sergio Buenrostro and
S&S Marketing Consulting LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SERGIO BUENROSTRO, an individual; CITIGROUP, INC. (dba "Citibank"), an entity,<br><br>Defendants. | CASE NO. 2:18-cv-01926-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION TO DISMISS AMENDED COUNTERCLAIM (ECF 97)** |

Plaintiff/Counter-defendants Injuryloans.com LLC and Adam Stokes; defendant/counterclaimant/third-party defendant Sergio Buenrostro; third-party-defendant S&S Marketing Consultants LLC; and defendant/third-party plaintiff Citibank, N.A., stipulate to and request from this Court an extension of the time for filing Buenrostro's RESPONSE to Plaintiff's Motion to Dismiss Amended Counterclaim (the "Motion"), up to and including, May 1, 2020.

1. Plaintiffs filed their Motion on April 9, 2020 [ECF 97].
2. The deadline to respond to Plaintiffs' Motion is currently set for April 23, 2020.
3. The parties stipulate to extend the deadline an additional eight (8) days, up to and including Friday, May 1, 2020, to respond to Plaintiffs' Motion.
4. This is the parties' first request for an extension of this deadline and is not intended to cause undue delay or prejudice to any party.

1

DATED April 22, 2020.

| **AKERMAN LLP**<br><br>*/s/   Donna M. Wittig*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89144<br><br>*Attorneys for defendant/third-party-plaintiff Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "Citibank"))* | **ANDERSON BROYLES, LLP**<br><br>*/s/   Karl J. Andersen*<br>KARL J. ANDERSON, ESQ.<br>Nevada Bar No. 10306<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br><br>**GALLAGHER LAW, PC**<br>KATHLEEN H. GALLAGHER, ESQ.<br>Nevada Bar No. 15043<br>1850 East Sahara Avenue, Suite 107<br>Las Vegas, Nevada 89104<br><br>*Attorney for plaintiffs/counterdefendants Injuryloans.com LLC and Adam Stokes* |
|---|---|
| **HOGAN HULET PLLC**<br><br>*/s/     Kenneth E Hogan*<br>KENNETH E. HOGAN, ESQ.<br>Nevada Bar No. 10083<br>JEFFREY L. HULET, ESQ.<br>Nevada Bar No. 10621<br>1140 N. Town Center Dr., Suite 300<br>Las Vegas, NV 89144<br><br>*Attorneys for defendant/counter-claimant/third-party defendant Sergio Buenrostro and third-party defendant S&S Marketing Consultants LLC* | |

**IT IS SO ORDERED.**

Dated this __22__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2