ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No.11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "Citibank")*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SERGIO BUENROSTRO, an individual; CITIGROUP, INC. (dba "Citibank"), an entity. <br><br> Defendants. | Case No.: 2:18-cv-01926-GMN-VCF <br><br> **STIPULATION AND ORDER TO SUBSTITUTE REAL PARTY IN INTEREST AND AMEND CAPTION** |
| AND RELATED CLAIMS | |

Defendant/Third-Party Plaintiff Citibank, N.A. (**Citi**), Plaintiff/Counter-Defendants Injuryloans.com, LLC and Adam Stokes (**Plaintiffs**), Defendant/Counter-Claimant/Third Party Defendant Sergio Buenrostro (**Buenrostro**) and Third-Party Defendant S&S Marketing Consulting, LLC (**S&S**), by and through their respective counsel of record, stipulate as follows:

Citi was improperly named in this action as Citigroup, Inc. (dba "Citibank"), which Citigroup has no involvement in this lawsuit as the subject account was housed with Citibank, N.A.

…

…

…

52743012;1

Accordingly, the parties stipulate that Citibank, N.A. should be substituted as the proper Defendant/Cross-Claimant/Third-Party Plaintiff in place of "Citigroup, Inc. (dba "Citibank")" in this action. A proposed amended caption is attached as **Exhibit A**.

DATED April 16, 2020.

| **AKERMAN LLP**<br><br>*/s/ Donna M. Wittig*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89144<br><br>*Attorneys Citibank, N.A. (incorrectly named as Citigroup, Inc. (dba "Citibank"))* | **LAW OFFICE OF KARL ANDERSEN, PC**<br><br>*/s/ Karl J. Anderson*<br>KARL J. ANDERSEN, ESQ.<br>Nevada Bar No. 10306<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br><br>**GALLAGHER LAW, PC**<br>KATHLEEN H. GALLAGHER, ESQ.<br>Nevada Bar No. 15043<br>1850 East Sahara Avenue, Suite 107<br>Las Vegas, Nevada 89104<br><br>*Attorney for Injuryloans.com LLC and Adam Stokes* |
|---|---|
| **HOGAN HULET PLLC**<br><br>*/s/ Kenneth E. Hogan*<br>KENNETH E. HOGAN, ESQ.<br>Nevada Bar No. 10083<br>JEFFREY L. HULET, ESQ.<br>Nevada Bar No. 10621<br>1140 N. Town Center Dr., Suite 300<br>Las Vegas, NV 89144<br><br>*Attorneys for Sergio Buenrostro and S&S Marketing Consulting LLC* | |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-23-2020

52743012;1

## INDEX OF EXHIBITS

**Exhibit A**     Proposed Amended Caption

52743012;1

# EXHIBIT A

*Proposed Amended Caption*

Case 2:18-cv-01926-GMN-VCF   Document 109   Filed 04/23/20   Page 4 of 5

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No.11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual, | Case No.: 2:18-cv-01926-GMN-VCF |
| Plaintiff, | **[PROPOSED] AMENDED CAPTION** |
| v. | |
| SERGIO BUENROSTRO, an individual; CITIBANK, N.A., an entity. | |
| Defendants. | |
| CITIBANK, N.A., | |
| Cross-Claimant, | |
| v. | |
| SERGIO BUENROSTRO, | |
| Cross Defendant. | |
| CITIBANK, N.A., | |
| Third-Party Plaintiff, | |
| v. | |
| S&S MARKETING CONSULTING, LLC | |
| Third-Party Defendant. | |

52762278;1