*The Above Space Reserved for the Clerk of Court*

GALLAGHER LAW, Prof. Corp.
Kathleen H. Gallager, Esq.
Nevada State Bar Number 15043
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 744-8086
Email: kathleen@legalmusclelv.com

ANDERSEN & BROYLES, LLP
Karl Andersen, Esq.
Nevada State Bar Number 10306
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Telephone: (702) 220-4529
Facsimile:  (702) 834-4529
Email: karl@andersenbroyles.com
*Attorneys for Plaintiffs Injury Loans.com, LLC and Adam Stokes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br>             Plaintiffs,<br>         v.<br>SERGIO BUENROSTRO, an individual; SANDRA MARTINEZ, an individual; CITIBANK, N.A., an entity; S&S MARKETING CONSULTING, LLC, a Nevada limited liability company,<br>             Defendants.<br>CITIBANK, N.A.<br>             Cross Claimant,<br>v.<br>SERGIO BUENROSTRO,<br>             Cross Defendant, | Case No.: 2:18-cv-01926-GMN-VCF<br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CIVIL AND CRIMINAL SANCTIONS FOR DEFENDANT SERGIO BUENROSTRO'S INTENTIONAL FRAUD UPON THE COURT [ECF NO. 106]**<br><br>**[FIRST REQUEST]** |

- 1 -

CITIBANK, N.A.,
      Third-Party Plaintiff,

v.

S&S MARKETING CONSULTING, LLC
      Third-Party Defendant.

  Plaintiffs/Counterdefendants Injuryloans.com, LLC and Adam Stokes (**Plaintiffs**), Defendants/Counterclaimant/Cross-Defendant Sergio Buenrostro (**Buenrostro**) and Third Party Defendant S&S Marketing Consulting, Inc. (**S&S**) stipulate as follows:

  1. Plaintiffs filed their Motion for Civil and Criminal Sanctions for Defendant Sergio Buenrostro's Intentional Fraud upon the Court on April 22, 2020 [ECF No. 106].

  2. Defendants filed their response to Motion for Sanctions on May 6, 2020. [ECF No. 114]

  3. The current deadline for Plaintiffs' to file their Reply in Support of Motion for Sanctions is May 13, 2020.

  4. The parties stipulate to extend the deadline for two days, up to and including **Friday, May 15, 2020**, for Plaintiffs' to file Reply in Support of Motion for Sanctions in support of their motion [ECF No. 106].

/ / /

/ / /

/ / /

5. This is the parties' first request for an extension of this deadline and is not intended to cause undue delay or prejudice to any party.

DATED May 13, 2020.

| **HOGAN HULET PLLC** | **ANDERSEN & BROYLES, LLP** |
|---|---|
| */s/ Kenneth Hogan* | */s/ Karl Andersen* |
| KENNETH E. HOGAN, ESQ.<br>Nevada Bar No. 10083<br>JEFFREY L. HULET, ESQ.<br>Nevada Bar No. 10621<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Sergio Buenrostro and S&S Marketing Consulting, LLC* | KARL J. ANDERSEN, ESQ.<br>Nevada Bar No. 10306<br>ANDERSEN & BROYLES, LLP<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br><br>KATHLEEN H. GALLAGHER, ESQ.<br>Nevada Bar No. 15043<br>1850 East Sahara Avenue, Suite 107<br>Las Vegas, Nevada 89104<br><br>*Attorneys for Injuryloans.com, LLC and Adam Stokes* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 5-13-2020