ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Citibank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SERGIO BUENROSTRO, an individual; SANDRA MARTINEZ, an individual; CITIBANK, N.A., an entity, S&S MARKETING CONSULTING, LLC, a Nevada limited liability company,<br><br>　　　　　　Defendants. | Case No.: 2:18-cv-01926-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |
| CITIBANK, N.A.,<br><br>　　　　　　Cross-Claimant,<br><br>　v.<br><br>SERGIO BUENROSTRO,<br><br>　　　　　　Cross Defendant. | |
| CITIBANK, N.A.,<br><br>　　　　　　Third-Party Plaintiff,<br><br>　v.<br><br>S&S MARKETING CONSULTING, LLC<br><br>　　　　　　Third-Party Defendant. | |

53098394;1

Defendant/Third-Party Plaintiff Citibank, N.A. (**Citibank**), Plaintiffs Injuryloans.com, LLC and Adam Stokes (**Plaintiffs**), Defendant/Cross-Defendant Sergio Buenrostro (**Buenrostro**) and Defendant/Third-Party Defendant S&S Marketing Consulting, Inc. (**S&S**) hereby stipulate and agree to a nine (9) day extension of the parties deadline, up to and including **Friday, May 22, 2020**, to respond to Plaintiffs' First Amended Complaint [ECF No. 110]. The parties' responses are currently due on Wednesday, May 13, 2020. This is the parties' first request for an extension of this deadline and is not intended to cause undue delay or prejudice to any party.

DATED May 13, 2020.

| **AKERMAN LLP** | |
|---|---|
| */s/ Donna M. Wittig* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Citibank, N.A.* | */s/ Karl J. Andersen* <br> KARL J. ANDERSEN, ESQ. <br> Nevada Bar No. 10306 <br> ANDERSEN & BROYLES, LLP <br> 5550 Painted Mirage Road, Suite 320 <br> Las Vegas, Nevada 89149 <br><br> KATHLEEN H. GALLAGHER, ESQ. <br> Nevada Bar No. 15043 <br> GALLAGHER LAW, PC <br> 1850 East Sahara Avenue, Suite 107 <br> Las Vegas, Nevada 89104 <br> *Attorneys for Injuryloans.com, LLC and Adam Stokes* |
| **HOGAN HULET PLLC** <br><br> */s/ Kenneth E. Hogan* <br> KENNETH E. HOGAN, ESQ. <br> Nevada Bar No. 10083 <br> JEFFREY L. HULET, ESQ. <br> Nevada Bar No. 10621 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Sergio Buenrostro and S&S Marketing Consulting, LLC* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 5-14-2020

53098394;1