**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SERGIO BUENROSTRO, an individual; SANDRA MARTINEZ, an individual; CITIBANK, N.A. an entity; S&S MARKETING CONSULTING, LLC, a Nevada limited liability company,<br><br>Defendant. | 2:18-cv-01926-GMN-VCF<br>**ORDER** |

Before the Court is the Motion to Quash Subpoenas and for Protective Order (ECF NO. 126). Plaintiff seeks to quash subpoenas issued to Reisman Sorokac, Joshua Reisman, Esq., and Glen Machado, Esq.

Accordingly,

IT IS HEREBY ORDERED that Reisman Sorokac, Joshua Reisman, Esq., and Glen Machado, Esq., need not to respond to the subpoenas (ECF Nos. 126-1, 126-2, and 126-3) until further order of the court.

IT IS FURTHER ORDERED that that the Motion to Quash Subpoenas and for Protective Order (ECF NO. 126) will be briefed in the ordinary course.

DATED this 22nd day of May, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE