*The Above Space Reserved for the Clerk of Court*

GALLAGHER LAW, Prof. Corp.
Kathleen H. Gallager, Esq.
Nevada State Bar Number 15043
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 744-8086
Email: kathleen@legalmusclelv.com

ANDERSEN & BROYLES, LLP
Karl Andersen, Esq.
Nevada State Bar Number 10306
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Telephone: (702) 220-4529
Facsimile:  (702) 834-4529
Email: karl@andersenbroyles.com
*Attorneys for Plaintiffs Injury Loans.com, LLC and Adam Stokes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>SERGIO BUENROSTRO, an individual; SANDRA MARTINEZ, an individual; CITIBANK, N.A., an entity; S&S MARKETING CONSULTING, LLC, a Nevada limited liability company,<br><br>        Defendants.<br><br>AND RELATED CLAIMS | Case No.: 2:18-cv-01926-GMN-VCF<br><br><br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND REBUTTAL EXPERT DISCLOSURE DEADLINE**<br><br>**[FIRST REQUEST]** |

Plaintiffs/Counterdefendants Injuryloans.com, LLC and Adam Stokes (**Plaintiffs**), Defendants/Counterclaimant/Cross-Defendant Sergio Buenrostro (**Buenrostro**) and Third Party Defendant S&S Marketing Consulting, Inc. (**S&S**) stipulate the extend the deadline for Plaintiffs

- 1 -

to make their rebuttal expert disclosure to Citi's initial expert disclosure, currently set for May 29, 2020, to Monday, June 15, 2020.

This is the first request for an extension of this deadline. This Request is not made to cause any undue delay or prejudice to any party.

DATED June 3, 2020.

| **HOGAN HULET PLLC** | **ANDERSEN & BROYLES, LLP** |
|---|---|
| */s/ Kenneth Hogan* <br> KENNETH E. HOGAN, ESQ. <br> Nevada Bar No. 10083 <br> JEFFREY L. HULET, ESQ. <br> Nevada Bar No. 10621 <br> 1140 N. Town Center Drive, Suite 300 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Sergio Buenrostro and S&S Marketing Consulting, LLC* | */s/ Karl Andersen* <br> KARL J. ANDERSEN, ESQ. <br> Nevada Bar No. 10306 <br> ANDERSEN & BROYLES, LLP <br> 5550 Painted Mirage Road, Suite 320 <br> Las Vegas, Nevada 89149 <br><br> KATHLEEN H. GALLAGHER, ESQ. <br> Nevada Bar No. 15043 <br> 1850 East Sahara Avenue, Suite 107 <br> Las Vegas, Nevada 89104 <br><br> *Attorneys for Injuryloans.com, LLC and Adam Stokes* |
| **AKERMAN LLP** <br><br> */s/ Donna Wittig* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Citibank, N.A.* | |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-3-2020