HOGAN HULET PLLC
KENNETH E. HOGAN
Nevada Bar No. 10083
E-mail: ken@h2legal.com
1140 N Town Center Drive, Suite 300
Las Vegas, Nevada 89113
Tel: (702) 800-5482

*Attorneys for Defendant Sergio Buenrostro*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SERGIO BUENROSTRO, an individual; CITIBANK, N.A., an entity,<br><br>Defendants. | CASE NO. 2:18-cv-01926-GMN-VCF<br><br>**STIPULATION TO EXTEND TIMELINES ASSOCIATED WITH PLAINTIFF'S MOTION TO EXCLUDE DESTROYED OR UNPRESERVED ELECTRONIC EVIDENCE; MOTION TO LIMIT USE OF FORGED EMAILS AT TRIAL; OR IN THE ALTERNATIVE, MOTION FOR ADVERSE INFERENCE INSTRUCTION (ECF 164)**<br><br>**(First Request)** |

Plaintiffs INJURYLOANS.COM, LLC and ADAM STOKES (together, "*Plaintiffs*") and Defendants CITIGROUP, INC. ("*Citigroup*") and SERGIO BUENROSTRO ("*Mr. Buenrostro*", together with Citigroup, "*Defendants*"), hereby submit this stipulation and hereby to extend the timelines for filing Opposition and Reply Briefs associated with Plaintiffs' MOTION TO EXCLUDE DESTROYED OR UNPRESERVED ELECTRONIC EVIDENCE; MOTION TO LIMIT USE OF FORGED EMAILS AT TRIAL; OR IN THE ALTERNATIVE, MOTION FOR ADVERSE INFERENCE INSTRUCTION (ECF 164, the "Motion") as follows:

Opposition Briefs: a ten-business-day extension, to be due on May 14, 2021.

Reply Briefs: a like extension, to be due on May 28, 2021.

This stipulation is submitted in good faith due to workload and scheduling requirements of the parties' counsel that preclude fully addressing the issues raised in the Motion in the original 14 days allotted.

1

Respectfully submitted, stipulated, and dated this 28th day of April, 2021.

          HOGAN HULET PLLC

          ss:// ***Kenneth E. Hogan***
          KENNETH E. HOGAN, ESQ.
          1140 N Town Center Drive, Suite 300
          Las Vegas, Nevada 89144
          *Attorneys for Defendant/Counterclaimant Buenrostro*

Stipulated and dated this this 28th day of April, 2021.

          ANDERSEN & BROYLES, LLP

          ss:// ***Karl Andersen***
          KARL ANDERSEN, ESQ.
          5550 Painted Mirage Road, Suite 320 Las Vegas, Nevada 89149
          *Attorney for Plaintiffs/Counterdefendants*

Stipulated and dated this this 28th day of April, 2021.

          AKERMAN, LLP

          ss:// ***Donna Wittig***
          DONNA WITTIG, ESQ.
          1635 Village Center Circle, Suite 200
          Las Vegas, NV 89134
          *Attorneys for Citibank, N.A.*

**ORDER**

**IT IS SO ORDERED.**

Dated this __30__ day of April, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT