ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Citibank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>SERGIO BUENROSTRO, an individual; SANDRA MARTINEZ, an individual; CITIBANK, N.A., an entity; S&S MARKETING CONSULTING, LLC, a Nevada limited liability company.<br><br>      Defendants. | Case No.: 2:18-cv-01926-GMN-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| CITIBANK, N.A.,<br><br>      Cross-Claimant,<br><br>v.<br><br>SERGIO BUENROSTRO,<br><br>      Cross Defendant. | |

1

58242260;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

CITIBANK, N.A.,

        Third-Party Plaintiff,

v.

S&S MARKETING CONSULTING, LLC

        Third-Party Defendant.

TO:    **ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Holly E. Walker, Esq. is no longer associated with the law firm of Akerman LLP and requests that Ms. Walker be removed from the service list.

Akerman LLP continues to serve as counsel for Citibank, N.A. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Donna M. Wittig, Esq.

DATED this 17th day of May, 2021

        **AKERMAN LLP**

        */s/ Donna M. Wittig*
        ARIEL E. STERN, ESQ.
        Nevada Bar No. 8276
        DONNA M. WITTIG, ESQ.
        Nevada Bar No. 11015
        1635 Village Center Circle, Suite 200
        Las Vegas, Nevada 89134

        *Attorneys for Citibank, N.A.*

        **IT IS SO ORDERED.**

        _____
        UNITED STATES MAGISTRATE JUDGE

        DATE: 5-17-2021

58242260;1