ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No.11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SERGIO BUENROSTRO, an individual; SANDRA MARTINEZ, an individual; CITIBANK, N.A., an entity; S&S MARKETING CONSULTING, LLC, a Nevada Limited liability company,<br><br>Defendants. | Case No.: 2:18-cv-01926-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CITIBANK, N.A.'S TO FILE 1.) REPLY SUPPORTING ITS MOTION TO STRIKE UNAPPROVED ALLEGATIONS [ECF NO. 165], 2.) REPLY SUPPORTING ITS MOTION TO RECONSIDER NON-DISMISSAL OF PLAINTIFFS' CONVERSION CLAIM [ECF NO. 166], AND 3.) OPPOSITION TO PLAINTIFFS' COUNTERMOTION FOR LEAVE TO AMEND [ECF NO. 172]**<br><br>**(FIRST REQUEST)** |
| CITIBANK, N.A.,<br><br>Cross-Claimant,<br><br>v.<br><br>SERGIO BUENROSTRO,<br><br>Cross Defendant. | |
| CITIBANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>S&S MARKETING CONSULTING, LLC<br><br>Third-Party Defendant. | |

55240357;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiffs/Counter-defendants Injuryloans.com LLC and Adam Stokes (**Plaintiffs**); Defendant/Counterclaimant/Third-Party Defendant Sergio Buenrostro; Third-Party-Defendant S&S Marketing Consultants LLC; and Defendant/Third-Party Plaintiff Citibank, N.A., by and through their respective counsel of record, stipulate as follows:

1. Citi filed its Motion to Strike Unapproved Allegations on Monday, April 26, 2021 [ECF No. 165].

2. Citi filed its Motion to Reconsider Non-Dismissal of Plaintiffs' Conversion Claims on Monday, April 26, 2021 [ECF No. 166].

3. Plaintiffs filed their opposition to Citi's Motion to Strike Unapproved Allegations on Monday, May 10, 2021 [ECF No. 169].

4. Plaintiffs filed their opposition to Citi's Motion to Reconsider Non-Dismissal of Plaintiffs' Conversion Claims on Monday, May 10, 2021 [ECF No. 170].

5. Plaintiffs filed an Countermotion in the Alternative for Leave to Amend on Monday, May 10, 2021 [ECF No. 172].

6. The deadline for Citi to file replies supporting its motions to strike and for reconsideration is currently Monday, May 17, 2021.

7. The deadline for Citi to file an opposition to Plaintiffs countermotion for leave to amend is currently Monday, May 24, 2021.

8. The parties stipulate to an extension Citi's deadlines by ten (10) business days from the current May 17, 2021 reply deadline. The new deadline for Citi to file replies to its motions and opposition to Plaintiffs' countermotion will be Tuesday, May 31, 2021. Citi requests this extension because counsel for Citi is currently on a limited work schedule due to ongoing medical issues.

…

…

…

…

…

…

55240357;1

9. This is the first request for an extension of these deadlines and is not made for the purposes of undue delay.

DATED: May 14, 2021.

| **AKERMAN LLP**<br><br>*/s/ Donna M. Wittig*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Citibank, N.A.* | */s/ Karl J. Andersen*<br>KARL J. ANDERSEN, ESQ.<br>Nevada Bar No. 10306<br>LAW OFFICE OF KARL ANDERSEN, PC<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br><br>KATHLEEN H. GALLAGHER, ESQ.<br>Nevada Bar No. 15043<br>GALLAGHER LAW, PC<br>1850 East Sahara Avenue, Suite 107<br>Las Vegas, Nevada 89104<br><br>*Attorney for Injuryloans.com LLC and Adam Stokes* |
|---|---|
| **HOGAN HULET PLLC**<br><br>*/s/ Kenneth E. Hogan*<br>KENNETH E. HOGAN, ESQ.<br>Nevada Bar No. 10083<br>JEFFREY L. HULET, ESQ.<br>Nevada Bar No. 10621<br>1140 North Town Center Drive, Suite 300<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Sergio Buenrostro and S&S Marketing Consultants LLC* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:18-cv-01926-GMN-VCF

DATED: May 17, 2021

55240357;1