GALLAGHER LAW, Prof. Corp.
Kathleen H. Gallager, Esq.
Nevada State Bar Number 15043
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 744-8086
Email: kathleen@legalmusclelv.com

ANDERSEN & BROYLES, LLP
Karl Andersen, Esq.
Nevada State Bar Number 10306
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Telephone: (702) 220-4529
Facsimile:  (702) 834-4529
Email: karl@andersenbroyles.com
*Attorneys for Plaintiffs Injury Loans.com, LLC and Adam Stokes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>    Plaintiffs,<br><br> v.<br><br>SERGIO BUENROSTRO, an individual; SANDRA MARTINEZ, an individual; CITIBANK, N.A., an entity; S&S MARKETING CONSULTING, LLC, a Nevada limited liability company,<br><br>    Defendants.<br><br>AND RELATED CLAIMS | Case No.: 2:18-cv-01926-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR INJURYLOANS.COM, LLC TO FILE REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE DESTROYED OR UNPRESERVED ELECTRONIC EVIDENCE; MOTION TO LIMIT USE OF FORGED EMAILS AT TRIAL; OR IN THE ALTERNATIVE, MOTION FOR ADVERSE INFERENCE INSTRUCTION**<br><br>**[FIRST REQUEST]** |

  Plaintiffs/Counterdefendants Injuryloans.com, LLC and Adam Stokes (**Plaintiffs**), Defendants/Counterclaimant/Cross-Defendant Sergio Buenrostro (**Buenrostro**), Third Party

Defendant S&S Marketing Consulting, Inc. (**S&S**), and Defendant/Third-Party Citibank, N.A., stipulate as follows:

1. Plaintiffs filed their Motion to Exclude Destroyed or Unpreserved Electronic Evidence on Friday, April 16, 2021 [ECF No. 164].

2. Citi filed its Response to Plaintiff's Motion to Exclude Destroyed or Unpreserved Electronic Evidence on Friday, May 14, 2021 [ECF No. 174].

3. Buenrostro filed his Response to Plaintiff's Motion to Exclude Destroyed or Unpreserved Electronic Evidence on Friday, May 14, 2021 [ECF No. 175].

4. The deadline for Plaintiffs to filed replies to support its motion to Exclude is currently Friday, May 21, 2021.

5. The parties stipulate to an extension to allow Plaintiffs ten (10) business days from the current May 21, 2021 deadline. The new deadline to file the replies in support of their motions will be Friday, June 4, 2021.

/ / /

/ / /

/ / /

6. This is the first request for an extension of this deadline. This Request is not made to cause any undue delay or prejudice to any party.

DATED May 21, 2021.

| **HOGAN HULET PLLC** | **ANDERSEN & BROYLES, LLP** |
|---|---|
| /s/ Kenneth Hogan | /s/ Karl Andersen |
| KENNETH E. HOGAN, ESQ.<br>Nevada Bar No. 10083<br>JEFFREY L. HULET, ESQ.<br>Nevada Bar No. 10621<br>1140 N. Town Center Drive, Suite 300<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Sergio Buenrostro and S&S Marketing Consulting, LLC* | KARL J. ANDERSEN, ESQ.<br>Nevada Bar No. 10306<br>ANDERSEN & BROYLES, LLP<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br><br>KATHLEEN H. GALLAGHER, ESQ.<br>Nevada Bar No. 15043<br>1850 East Sahara Avenue, Suite 107<br>Las Vegas, Nevada 89104<br><br>*Attorneys for Injuryloans.com, LLC and Adam Stokes* |
| **AKERMAN LLP** | |
| /s/ Donna Wittig | |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Citibank, N.A.* | |

**IT IS SO ORDERED** *nunc pro tunc*.

Dated this __24__ day of May, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT