GALLAGHER LAW, Prof. Corp.
Kathleen H. Gallagher, Esq.
Nevada Bar No. 15043
1850 East Sahara Avenue, Ste. 107
Las Vegas, Nevada 89104
Telephone: (702) 744-8086
kathleen@legalmusclelv.com

Karl J. Andersen, Esq.
Andersen Broyles
Nevada State Bar Number 10306
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Tel: 702-220-4529
karl@andersenbroyles.com

*Attorneys for Plaintiffs*
*Injury Loans.com, LLC*
*and Adam Stokes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SERGIO BUENROSTRO, an individual; CITIGROUP, INC. (dba "Citibank"), an entity,<br><br>Defendants. | Case No.: 2:18-cv-01926-GMN-VCF<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF** |

COME NOW, Kathleen H. Gallagher, Esq. of Gallagher Law, Prof. Corp., co-counsel for Plaintiff, and move this Honorable Court for an Order permitting to withdraw as attorney of record for Plaintiff pursuant to Local Rule IA 11-6.

*//*

*//*

1

This Motion is made and based upon the pleadings and papers on file herein, the following Points and Authorities, and the Declaration of Kathleen H. Gallagher, Esq., attached hereto.

DATED this 15th day of July, 2021.

          GALLAGHER LAW

          Kathleen H. Gallagher, Esq.
          Nevada Bar Number 15043
          1850 E. Sahara Ave., Ste. 107
          Las Vegas, Nevada 89104
          *Attorney for Plaintiff*

## **MEMORANDUM AND POINTS OF AUTHORITIES**

**I. WITHDRAWAL IS APPROPRAITE**

Local Rule IA 11-6 (b) provides that "If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Notice has been given to the Plaintiff, and additionally, co-counsel Karl Anderson, Esq. and opposing counsel will receive notice of this Motion to Withdraw via the CM/ECF system, pursuant to the certificate attached herein.

Local Rule IA 11-6(e) further provides that "no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." Here, there will not be a delay because co-counsel Karl Anderson, Esq. will still be representing Plaintiff.

Additionally, NRPC 1.16(b) states that an attorney may be allowed to withdraw from employment if:

> (b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:
> (1) Withdrawal can be accomplished without material adverse effect on the interests of the client;
> (2) The client persists in a course of action involving the lawyer's services that the lawyer reasonably believes is criminal or fraudulent;
> (3) The client has used the lawyer's services to perpetrate a crime or fraud;
> (4) A client insists upon taking action that the lawyer considers repugnant or with which the lawyer has fundamental disagreement;
> (5) The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

2

(6) The representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
(7) Other good cause for withdrawal exists.

As shown by the Declaration of Kathleen H. Gallagher, Esq. in support of this Motion, Gallagher Law can withdraw without material adverse effect on the interests of the Plaintiff and withdrawal is therefore proper.

Plaintiff is still represented by:

Karl J. Andersen, Esq.
Andersen Broyles
Nevada State Bar Number 10306
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Tel: 702-220-4529
karl@andersenbroyles.com

All future correspondence and pleadings should be sent to Mr. Anderson.

## II. CONCLUSION

Accordingly, counsel of record, Kathleen H. Gallagher, Esq. of Gallagher Law respectfully request that this Court grant this Motion to Withdraw as Counsel of Record.

DATED this 15th day of July, 2021.

GALLAGHER LAW

_____
Kathleen H. Gallagher, Esq.
Nevada Bar Number 15043
1850 E. Sahara Ave., Ste. 107
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

7-16-2021
Dated:_____

## DECLARATION OF KATHLEEN GALLAGHER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

Affiant, being first duly sworn, deposes and states the following:

1. I, Kathleen H. Gallagher, Esq, am an attorney licensed to practice in the State of Nevada and am an attorney at Gallagher Law, Prof. Corp.
2. My office address is 1850 E. Sahara Ave., Las Vegas, Nevada 89104.
3. I have personal knowledge of the contents of this document, or where stated upon information and belief, I believe them to be true and I am competent to testify to the facts set forth herein.
4. Plaintiff is represented by both my office and Karl J. Andersen, Esq. of Andersen Broyles. Mr. Anderson is the main attorney on this case and my involvement has been minimal over the last year.
5. My withdraw will therefore not have a material adverse effect on the interests of the Plaintiff.
6. The client has been advised that this Motion is being filed.
7. The contact information for co-counsel, Mr. Anderson, is as follows:

   Karl J. Andersen, Esq.
   Andersen Broyles
   Nevada State Bar Number 10306
   5550 Painted Mirage Road, Suite 320
   Las Vegas, Nevada 89149
   Tel: 702-220-4529
   karl@andersenbroyles.com

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this __15th__ day of July, 2021.

GALLAGHER LAW

_/s/ Kathleen Gallagher_
Kathleen H. Gallagher, Esq.
Nevada Bar Number 15043
1850 E. Sahara Ave., Ste. 107
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of a true and correct copy of the above and foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF** was served on the 15th day of July, 2021, to the following by:

\_\_\_\_\_ First Class Mail, postage prepaid from Las Vegas, Nevada pursuant to N.R.C.P 5(b)

\_\_\_\_\_ Facsimile, pursuant to EDCR 7.26 (as amended)

\_\_X\_\_ Electronic Mail/Electronic Transmission (*as allowed by the Rules in lieu of "regular" mail*)

\_\_\_\_\_ Hand Delivered to the addressee(s) indicated

\_\_\_\_\_ Receipt of Copy on this \_\_\_\_\_ day of _____, 2020,

acknowledged by, _____

Kenneth E. Hogan, Esq.
HOGAN HULET, PLLC
1140 N. Town Center Dri, Ste 300
Las Vegas, Nevada 89113
*Attorneys for Defendant Buenrostro*

Ariel E. Stern, Esq.
Donna M. Wittig, Esq.
AKERMAN LLP
1635 Village Center Cir, Ste 200
Las Vegas, Nevada 89134
*Attorneys for Defendant Citibank*

Karl J. Anderson, Esq.
Law Office of Karl Anderson, PC
5550 Painted Mirage Rd., Ste. 320
Las Vegas, NV 89149
*Attorney for Plaintiff*

_____
For Gallagher Law