ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for Citibank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO BUENROSTRO, an individual; SANDRA MARTINEZ, an individual; CITIBANK, N.A., an entity; S&S MARKETING CONSULTING, LLC, a Nevada Limited liability company,<br><br>Defendants. | Case No.: 2:18-cv-01926-GMN-VCF<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST CITIBANK, N.A.** |
| CITIBANK, N.A.,<br><br>Cross-Claimant,<br><br>v.<br><br>SERGIO BUENROSTRO,<br><br>Cross Defendant. | |
| CITIBANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>S&S MARKETING CONSULTING, LLC,<br><br>Third-Party Defendant. | |

{62340567}

Plaintiffs InjuryLoans.com, LLC and Adam Stokes (**Plaintiffs**) and Citibank, N.A. (**Citibank**), by and through their respective counsel of record, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with FED. R. CIV. P. 41(a)(2) as to, and only as to, all of plaintiffs' claims against Citibank.  Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 28th day of February, 2022.

| **AKERMAN LLP** | **ANDERSEN & BROYLES, LLP** |
|---|---|
| /s/ Lilith V. Xara | /s/ Karl Andersen |
| ARIEL E. STERN, ESQ. | KARL ANDERSEN, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 10306 |
| SCOTT R. LACHMAN, ESQ. | 5550 Painted Mirage Road, Suite 320 |
| Nevada Bar No. 12016 | Las Vegas, NV 89149 |
| LILITH V. XARA, ESQ. | |
| Nevada Bar No. 13138 | *Attorneys for InjuryLoans.com and Adam Stokes* |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | |
| | |
| *Attorneys for Citibank, N.A.* | |

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Citibank's [165] Motion to Strike and [166] Motion for Reconsideration and Plaintiff InjuryLoans.com, LLC's [172] Countermotion to Amend/Correct Complaint are **DENIED as moot**.

Dated this   3   day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT