HOGAN HULET PLLC
KENNETH E. HOGAN
Nevada Bar No. 10083
E-mail: ken@h2legal.com
10501 W Gowan Rd, Suite 260
Las Vegas, Nevada 89129
Tel: (702) 800-5482

*Attorneys for Defendant Sergio Buenrostro
And S&S Marketing Consulting LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SERGIO BUENROSTRO, an individual; CITIGROUP, INC. (dba "Citibank"), an entity,<br><br>Defendants. | CASE NO. 2:18-cv-01926-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CITIBANK N.A.'s THIRD PARTY CLAIMS AND CROSSCLAIMS** |

Counterclaimant and Third-Party Claimant CITIBANK, N.A. and Cross Defendant SERGIO BUENROSTRO and Third Party Defendant S&S MARKETING CONSULTING, LLC, by and through their respective counsel of record, hereby stipulate and agree that CITIBANK N.A.'s third party and crossclaims in the above-entitled action shall be dismissed without prejudice in accordance with FED. R. CIV. P 41(a)(2) as to SERGIO BUENROSTRO and S&S MARKETING CONSULTING, LLC. Each party shall bear its own attorney fees and costs of suit.

/ / /

/ / /

/ / /

/ / /

1

Respectfully submitted, stipulated, and dated this 10th day of March, 2022.

| AKERMAN LLP | HOGAN HULET PLLC |
|---|---|
| /s/ ***Lilith V. Xara*** _____ | /s/ ***Kenneth E. Hogan*** |
| LILITH V. XARA, ESQ.<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Citibank, N.A.* | KENNETH E. HOGANN, ESQ.<br>10501 W Gowan Rd., Suite 260<br>Las Vegas, NV 89129<br>*Attorneys for Sergio Buenrostro and S&S Marketing Consulting LLC* |

**IT IS SO ORDERED.**

Dated this  10  day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT