*The Above Space Reserved for the Clerk of Court*

ANDERSEN & BROYLES, LLP
Karl Andersen, Esq.
Nevada State Bar Number 10306
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Telephone: (702) 220-4529
Facsimile:  (702) 834-4529
Email: karl@andersenbroyles.com
*Attorneys for Plaintiffs Injury Loans.com, LLC and Adam Stokes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INJURYLOANS.COM, LLC, a Nevada entity; ADAM STOKES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SERGIO BUENROSTRO, an individual; SANDRA MARTINEZ, an individual; S&S MARKETING CONSULTING, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:18-cv-01926-GMN-VCF<br><br><br><br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

PLAINTIFFS InjuryLoans.com, LLC and Adam Stokes (**Plaintiffs**), by and through their counsel of record KARL ANDERSEN ESQ.; and all remaining defendants, Sergio Buenrostro (**Defendant**) as a person, Sandra Martinez (**Defendant**) as a person, Third Party Defendant S&S Marketing (**Defendant**), by and through their counsel of record KENNETH E. HOGAN, ESQ., do hereby stipulate and agree that they have entered into a settlement and

the above-entitled action shall be dismissed with prejudice in accordance with FED. R. CIV. P. 41(a)(2).

The parties also stipulate and agree that the settlement conference ordered in ECF document No. 201, set for May 10, 2022 shall be vacated.

Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED THIS 29th day of March, 2022.

| **HOGAN HULET PLLC** | **ANDERSEN & BROYLES, LLP** |
|---|---|
| */s/ Kenneth Hogan* | */s/ Karl Andersen* |
| KENNETH E. HOGAN, ESQ.<br>Nevada Bar No. 10083<br>JEFFREY L. HULET, ESQ.<br>Nevada Bar No. 10621<br>1140 N. Town Center Drive, Suite 300<br>Las Vegas, Nevada 89144 | KARL J. ANDERSEN, ESQ.<br>Nevada Bar No. 10306<br>ANDERSEN & BROYLES, LLP<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149 |
| *Attorney for Sergio Buenrostro, Sandra Martinez, and S&S Marketing, Consulting LLC* | *Attorney for Injuryloans.com, LLC and Adam Stokes* |

## **ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case.

Dated this __30__ day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT